# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | |
|---|---|
| FEDS FOR MEDICAL FREEDOM, et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) No. 3:21-cv-356 |
| JOSEPH R. BIDEN, JR., et al., | ) |
| *Defendants*. | ) |

## NOTICE OF RELATED CASES

In accordance with Local Rule 5.2, I certify that the above-captioned case is related to the following current or recent litigation raising challenges to the Federal Employee and/or Contractor Mandates. Due to the volume of challenges to various vaccine mandates, there may be other cases of which I am unaware:

(1)   *Texas v. Biden*, 3:21-cv-309 (S.D. Tex.)

(2)   *Rodden v. Biden*, 3:21-cv-317 (S.D. Tex.)

(3)   *America's Frontline Doctors, Inc. v. United States*, 2:21-cv-702 (N.D. Ala.)

(4)   *Brnovich v. Biden*, 2:21-cv-1568 (D. Ariz.)

(5)   *Altschuld v. Raimondo*, 1:21-cv-2779 (D.D.C.)

(6)   *Church v. Biden*, 1:21-cv-2815 (D.D.C.)

(7)   *Costin v. Biden*, 1:21-cv-2484 (D.D.C.)

(8)   *Florida v. Nelson*, 8:21-cv-2524 (M.D. Fla.)

(9)   *Navy Seal 1 v. Biden*, 8:21-cv-2429 (M.D. Fla.)

(10)  *AFGE Local 501 v. Biden*, 1:21-cv-23828 (S.D. Fla.)

(11)  *Georgia v. Biden*, 1:21-cv-163 (S.D. Ga.), *appeal filed*, 21-14269 (11th Cir.)

(12)  *Kentucky v. Biden*, 3:21-cv-55 (E.D. Ky.), *appeal filed*, 21-6147 (6th Cir.)

(13)  *Louisiana v. Biden*, 1:21-cv-3867 (W.D. La.)

(14)  *Hollis v. Biden*, 1:21-cv-163 (N.D. Miss.), *appeal filed*, 21-60910 (5th Cir.)

(15)  *Missouri v. Biden*, 4:21-cv-1300 (E.D. Mo.)

(16)  *Smith v. Biden*, 1:21-cv-19457 (D.N.J.), *appeal filed*, 21-3091 (3d Cir.)

(17)  *Oklahoma v. Biden*, 5:21-cv-1136 (W.D. Okla.)

(18)  *Oklahoma v. Biden*, 5:21-cv-1069 (W.D. Okla.)

(19)  *Foley v. Biden*, 4:21-cv-1098 (N.D. Tex.)

(20)  *Jensen v. Biden*, 4:21-cv-5119 (E.D. Wash.)

    Respectfully submitted,

    /s/ R. Trent McCotter
    R. TRENT MCCOTTER (So. Dist. No. 3712529)
    JONATHAN BERRY (*pro hac vice forthcoming*)
    MICHAEL BUSCHBACHER (*pro hac vice forthcoming*)
    BOYDEN GRAY & ASSOCIATES
    801 17th St. NW, #350
    Washington, DC 20006
    (202) 706-5488
    mccotter@boydengrayassociates.com

## CERTIFICATE OF SERVICE

    I certify that on December 22, 2021, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) and served on all counsel of record. I will also email a copy to U.S. Department of Justice attorneys Kristin Taylor and Zachary Avallone.

<u>/s/ R. Trent McCotter</u>

R. Trent McCotter