United States District Court
Southern District of Texas
**ENTERED**
December 30, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| FEDS FOR MEDICAL FREEDOM, et al., | § § § § | |
| *Plaintiffs,* | § § | CIVIL ACTION NO. 3:21-cv-356 |
| VS. | § § | |
| JOSEPH R. BIDEN, JR., et al., | § | |
| *Defendants.* | | |

### ORDER

Pending before the Court is Plaintiffs' Consent Motion to Set Briefing Schedule. After reviewing the filing, the Court is of the opinion that the motion should be GRANTED.

The Court ORDERS that Defendants' response to Plaintiffs' motion for a preliminary injunction must be filed on or before January 10, 2022; and ORDERS that Plaintiffs' reply in support of the motion for a preliminary injunction must be filed on or before January 18, 2022.

If appropriate, the Court will set the matter for oral argument at a date and time to be determined.

SIGNED on Galveston Island this  30th  day of  December   , 202 1  .

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE