### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### GALVESTON DIVISION

| | |
|---|---|
| FEDS FOR MEDICAL FREEDOM, et al., | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) No. 3:21-cv-356 |
| | ) |
| JOSEPH R. BIDEN, JR., et al., | ) |
| | ) |
| *Defendants*. | ) |

## SUPPLEMENTAL NOTICE OF RELATED CASES

On December 22, 2021, Plaintiffs filed a notice of related cases. *See* ECF No. 4.

Today, undersigned counsel became aware of the following recently filed case:

(1)   *Doe v. Austin*, 8:22-cv-121 (M.D. Fla.).

> Respectfully submitted,
>
> /s/ R. Trent McCotter
> R. TRENT MCCOTTER (So. Dist. No. 3712529)
> JONATHAN BERRY (*pro hac vice*)
> MICHAEL BUSCHBACHER (*pro hac vice*)
> JARED M. KELSON (*pro hac vice*)
> BOYDEN GRAY & ASSOCIATES
> 801 17th St. NW, #350
> Washington, DC 20006
> (202) 706-5488
> mccotter@boydengrayassociates.com

2

## CERTIFICATE OF SERVICE

I certify that on January 19, 2022, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) and served on all counsel of record.

<u>/s/ R. Trent McCotter</u>

R. Trent McCotter