IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| FEDS FOR MEDICAL FREEDOM, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity, *et al.*, <br><br> Defendants. | Civil Action 3:21-cv-00356 |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's January 21, 2022 Memorandum Opinion and Order (ECF No. 36) granting Plaintiffs' motion for preliminary injunction.

Dated: January 21, 2022

Respectfully submitted,

BRIT FEATHERSTON
United States Attorney
Eastern District of Texas

 /s/ *James G. Gillingham*
JAMES G. GILLINGHAM
Assistant United States Attorney
Eastern District of Texas
Acting Under Authority Conferred by 28 U.S.C. § 515
Attorney in Charge
Texas Bar #24065295
110 N. College Street; Suite 700
Tyler, Texas 75702
Telephone: (903) 510-9346
Facsimile: (903) 590-1436

James.Gillingham@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on January 21, 2022, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) and served on all counsel of record.

/s/   *James G. Gillingham*
JAMES G. GILLINGHAM