United States District Court
Southern District of Texas
**ENTERED**
February 11, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| FEDS FOR MEDICAL FREEDOM, et al., § § § *Plaintiffs,* § VS. § JOSEPH R. BIDEN, JR., et al., § § *Defendants.* § | CIVIL ACTION NO. 3:21-CV-356 |

## ORDER

Before the court is the defendants' motion to stay pending appeal the court's order of January 21, 2022, granting a preliminary injunction. Dkt. 40. In that motion, the defendants seek to essentially relitigate the issues the court already addressed in its original memorandum opinion and order. Dkt. 36. Having considered the parties' arguments and the applicable law, the court denies the motion.

Signed on Galveston Island this 11th day of February, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE