THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| FEDS FOR MEDICAL FREEDOM, *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity, *et al.*,<br><br>    Defendants. | Civil Action 3:21-cv-00356 |

## ORDER

This matter is before the Court on Defendants' unopposed motion to stay, Doc. No. 44. Having considered the motion, the Court finds that it is well taken.

It is, accordingly, ORDERED as follows:

The Court GRANTS Defendants' unopposed motion to stay. This case is STAYED.

SIGNED on Galveston Island this _____ day of _____, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE