From: Keith Mohammed
c/o 9111 S. Williams Ave.
Chicago, Illinois 60619

To: Nathan Ochsner
Clerk of Court
1300 Victoria St., Ste. 1131
Laredo, TX 78040

Re: Questions regarding temporary ruling in case no. 3:21-cv-356

Via: Cert Mail 7021 0950 0000 8287 9158

Date: February ___ 2022

United States Courts
Southern District of Texas
FILED

FEB 22 2022

Nathan Ochsner, Clerk of Court

Dear Clerk Ochsner,

I hope this communication finds you well. I do appreciate your taking time to to help me gain clarity by your response.

I have a few questions regarding the January 21st 2022 Federal District Court of Texas case no. 3:21-cv-356 temporary ruling in favor of a preliminary injunction, enjoining implementation of Executive order 14043, being the federal mandate for worker vaccination and testing. Those questions are:

1. Does the January 21st 2022 temporary ruling pause all workplace mandates?

2. Does the January 21st 2022 temporary ruling pause all federal workplace mandates?

3. Currently, can an employer still enforce the federal vaccine mandate on employees?

4. Currently, can an employer still enforce the federal testing requirement on employees?

5. Currently, can an employer penalize an employee under the federal vaccine mandate?

6. Are employer decisions made after January 21st 2022, on employee requests for religious accommodations or exemptions, specifically in regard to the company's requirements for the federal vaccine mandate, legally enforceable during this current period?

Thank you for your attention to this matter,

Keith Mohammed, All rights reserved

From: Keith Mohammed
c/o 9111 S. Williams Ave.



From: Keith Mohammed
9111 S. Williams AVE
Chicago Ill 60619

FILED
2022 FEB 14 AM 10: 13
U.S. COURTS

UNITED STATES POSTAL SERVICE
1000

78040

U.S. POSTAGE PAID
FCM LETTER
BLUE ISLAND, IL
60406
FEB 10, 22
AMOUNT
$4.33
R2305H129089-56

7021 0950 0000 8287 9158

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

F

7021 0950 0000 8287 9158

To: Nathan Ochsner
clerk of court
1300 Victoria St Ste. 1131
Laredo, Tx. 78040

78040-501981