# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
April 07, 2022
Nathan Ochsner, Clerk of Court

No. 22-40043

---

FEDS FOR MEDICAL FREEDOM; LOCAL 918, *American Federation of Government Employees*; HIGHLAND ENGINEERING, INCORPORATED; RAYMOND A. BEEBE, *Jr.*; JOHN ARMBRUST; ET AL,

*Plaintiffs—Appellees*,

versus

JOSEPH R. BIDEN, *Jr., in his official capacity* AS PRESIDENT OF THE UNITED STATES; THE UNITED STATES OF AMERICA; PETE BUTTIGIEG, *in his official capacity as Secretary of Transportation*; DEPARTMENT OF TRANSPORTATION; JANET YELLEN, *in her official as Secretary of Treasury*; ET AL,

*Defendants—Appellants*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:21-CV-356

---

Before BARKSDALE, STEWART, and DENNIS, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that Appellants' opposed motion to stay the injunction pending appeal is DENIED as MOOT.

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

April 07, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 22-40043   Feds for Medical Freedom v. Biden
                     USDC No. 3:21-CV-356

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Laney L. Lampard, Deputy Clerk
504-310-7652

Mr. Lowell Harrison Becraft Jr.
Ms. Sarah Wendy Carroll
Mr. James Garland Gillingham
Mr. Gene Patrick Hamilton
Mr. Jared Kelson
Mr. R. Trent McCotter
Mr. Nathan Ochsner
Mr. Jordan E Pratt
Mr. Casen Ross
Mr. Charles Wylie Scarborough
Mr. John Julian Vecchione