**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | |
|---|---|
| FEDS FOR MEDICAL FREEDOM, *et al.*, | |
| Plaintiffs, | Civil Action 3:21-cv-00356 |
| v. | |
| JOSEPH R. BIDEN, JR., in his official capacity, *et al.*, | |
| Defendants. | |

## [PROPOSED] ORDER

Before the Court is the Plaintiffs' Opposed Motion to Lift Stay, Grant Summary

Judgment and Declaratory Relief in Part, and Issue Permanent Injunctive Relief. ECF No. 44.

Having considered Plaintiffs' Motion and Defendants' Response in Opposition, the Plaintiffs'

Motion is DENIED.

IT IS SO ORDERED.

Signed on Galveston Island this _____ day of _____, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE