United States District Court
Southern District of Texas
**ENTERED**
August 01, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| FEDS FOR MEDICAL FREEDOM, *et al.*, | § § § § § § § § § § § | |
| Plaintiffs, | | |
| VS. | | No. 3:21-CV-356 |
| JOSEPH R. BIDEN, JR., *et al.*, | | |
| Defendants. | | |

## ORDER

The court denies the plaintiffs' motion to lift the stay because the government has timely petitioned the Supreme Court for certiorari. Dkt. 49; *see* Supreme Court Notice, *Feds for Medical Freedom v. Biden*, No. 22-40043 (5th Cir. 2022), Dkt. 322. Pending the Supreme Court's decision on the defendant's petition for writ of certiorari, the stay shall remain in place.

Signed on Galveston Island this  1st  day of August, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE