**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

United States Courts
Southern District of Texas
FILED

*December 12, 2023*

Nathan Ochsner, Clerk of Court

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 11, 2023

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Joseph R. Biden, Jr., President of the United States, et al.
v. Feds for Medical Freedom, et al.
No. 23-60
(Your No. 22-40043)
3:21-CV-356

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Fifth Circuit with instructions to direct the District Court to vacate as moot its order granting a preliminary injunction. See *United States v. Munsingwear, Inc.*, 340 U. S. 36 (1950). Justice Jackson, dissenting: In my view, the party seeking vacatur has not established equitable entitlement to that remedy. See *Acheson Hotels, LLC v. Laufer*, 601 U. S. ___ (2023) (Jackson, J., concurring in the judgment).

The judgment or mandate of this Court will not issue for at least thirty-two days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

Scott S. Harris, Clerk

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 12, 2023

Mr. Nathan Ochsner
Southern District of Texas, Galveston
United States District Court
601 Rosenberg Street
Room 411
Galveston, TX 77550-0000

    No. 22-40043    Feds for Medical Freedom v. Biden
                        USDC No. 3:21-CV-356

Dear Mr. Ochsner,

Enclosed is a copy of the Supreme Court order granting certiorari.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Amanda M. Duroncelet, Deputy Clerk