United States Courts
Southern District of Texas
FILED
September 26, 2024
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 26, 2024
Lyle W. Cayce
Clerk

No. 22-40043

FEDS FOR MEDICAL FREEDOM; LOCAL 918, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES; HIGHLAND ENGINEERING, INCORPORATED; RAYMOND A. BEEBE, JR.; JOHN ARMBRUST; ET AL.,

*Plaintiffs—Appellees*,

*versus*

JOSEPH R. BIDEN, JR., *in his official capacity as President of the United States*; THE UNITED STATES OF AMERICA; PETE BUTTIGIEG, *in his official capacity as Secretary of Transportation*; DEPARTMENT OF TRANSPORTATION; JANET YELLEN, *in her official capacity as Secretary of Treasury*; ET AL.,

*Defendants—Appellants*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:21-CV-356

UNPUBLISHED ORDER

No. 22-40043

Before RICHMAN, *Chief Judge*, and JONES, SMITH, BARKSDALE, STEWART, DENNIS, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON, WILLETT, HO, DUNCAN, ENGELHARDT, OLDHAM, and WILSON, *Circuit Judges*.

PER CURIAM:*

This case is before us on remand from the Supreme Court, which vacated and remanded our judgment. *Biden v. Feds for Med. Freedom*, 144 S. Ct. 480, 480–81 (2023). Accordingly, consistent with the Supreme Court's opinion, we REMAND this case to the district court and direct it to VACATE as moot its order granting a preliminary injunction. The Clerk is directed to issue the mandate forthwith.

---

* Judges Douglas and Ramirez joined the court after this case was submitted to the en banc court and did not participate in this decision.

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 26, 2024

Mr. Nathan Ochsner
Southern District of Texas, Galveston
United States District Court
601 Rosenberg Street
Room 411
Galveston, TX 77550-0000

    No. 22-40043    Feds for Medical Freedom v. Biden
                         USDC No. 3:21-CV-356

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Angelique B. Tardie, Deputy Clerk
                                    504-310-7715

cc w/encl:
    Mr. Lowell Harrison Becraft Jr.
    Ms. Sarah Wendy Carroll
    Mr. David Anthony Dalia
    Mr. Gregory Dolin
    Mr. James Garland Gillingham
    Ms. Brianne Jenna Gorod
    Mr. David J. Hacker
    Mr. Gene Patrick Hamilton
    Mr. Jeffrey Jennings
    Mr. Jared Kelson
    Mr. R. Trent McCotter
    Mr. William Jeffrey Olson
    Mr. Casen Ross
    Mr. Charles Wylie Scarborough
    Mr. Andrew Layton Schlafly
    Mr. John Clay Sullivan
    Mr. John Julian Vecchione
    Mr. Daniel Winik