United States District Court
Southern District of Texas
**ENTERED**
March 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| FEDS FOR MEDICAL FREEDOM, *et al.*, | § § § § § | |
| Plaintiffs, | | |
| VS. | § | CIVIL ACTION NO. 3:21-cv-356 |
| JOSEPH R. BIDEN, JR., *et al.*, | § § § § | |
| Defendants. | | |

## **ORDER**

The court's order granting a preliminary injunction is hereby vacated as moot. Dkt. 36; *Biden v. Feds for Med. Freedom*, 144 S. Ct. 480, 480–81 (2023); *Feds for Med. Freedom v. Biden*, No. 22-40043 (5th Cir. 2024). The court orders the parties to file a status update by **Wednesday, April 9, 2025**.

Signed on Galveston Island this 24th day of March, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE