## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

FEDS FOR MEDICAL FREEDOM, *et al.*,

     Plaintiffs,

        v.

JOSEPH R. BIDEN, JR., in his official capacity, *et al.*,

     Defendants.

Civil Action 3:21-cv-00356

## <u>JOINT STATUS REPORT</u>

The parties jointly file this status report in compliance with the Court's March 25, 2025 order (ECF No. 58). Counsel for the parties have conferred regarding the status of this matter. At this time, responsible officials within the government are engaged in discussions regarding appropriate next steps for this litigation. Due to the ongoing nature of these discussions, the parties propose that they file a status report by May 9, 2025.

Dated April 9, 2025

ABE M. McGLOTHIN, JR.
Acting United States Attorney
Eastern District of Texas

/s/ *James G. Gillingham*
JAMES G. GILLINGHAM
Assistant United States Attorney
Eastern District of Texas
Acting Under Authority Conferred by 28 U.S.C. § 515

Attorney in Charge
Texas Bar #24065295
110 N. College Street; Suite 700
Tyler, Texas 75702
Telephone: (903) 510-9346
Facsimile: (903) 590-1436
James.Gillingham@usdoj.gov

*Counsel for Defendants*

/s/ *Trent McCotter*

R. TRENT MCCOTTER*
        So. Dist. No. 3712529
        Texas Bar No. 24134174
JONATHAN BERRY (*PRO HAC VICE*)
MICHAEL BUSCHBACHER (*PRO HAC VICE*)
JARED M. KELSON (*PRO HAC VICE*)
BOYDEN GRAY & ASSOCIATES
801 17th St. NW #350
Washington, DC 20006
(202) 706-5488
mcccotter@boydengrayassociates.com

*ATTORNEY-IN-CHARGE

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 9, 2025, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) and served on all counsel of record.

/s/    *James G. Gillingham*
JAMES G. GILLINGHAM