THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| FEDS FOR MEDICAL FREEDOM, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity, *et al.*,<br><br>  Defendants. | Civil Action 3:21-cv-00356 |

## JOINT STATUS REPORT

The parties jointly file this status report in compliance with the Court's March 25, 2025 order (ECF No. 58) and their April 9, 2025 joint status report. Counsel for the parties have conferred regarding the status of this matter. Based on that conference, the parties offer the following proposals.

Defendants request the Court continue this matter for an additional thirty (30) days. Responsible officials within the government are continuing to engage in discussions regarding appropriate next steps for this litigation. Due to the ongoing nature of these discussions, Defendants propose that the matter be continued for an additional thirty (30) days and the parties file a joint status report on or before June 9, 2025.

To move this matter along, Plaintiffs propose that the Court set a status hearing at which the parties would provide their positions on what should happen with this case. Lead

counsel for Plaintiffs is generally available over the next several weeks for such a conference, except for May 26 through June 3, when he is out of the country.

Dated May 9, 2025

ABE M. McGLOTHIN, JR.

Acting United States Attorney
Eastern District of Texas

/s/ *James G. Gillingham*
JAMES G. GILLINGHAM
Assistant United States Attorney
Eastern District of Texas
Acting Under Authority Conferred by 28 U.S.C. § 515
Attorney in Charge
Texas Bar #24065295
110 N. College Street; Suite 700
Tyler, Texas 75702
Telephone: (903) 510-9346
Facsimile: (903) 590-1436
James.Gillingham@usdoj.gov

*Counsel for Defendants*

/s/ *Trent McCotter*
R. TRENT MCCOTTER*
    So. Dist. No. 3712529
    Texas Bar No. 24134174
JONATHAN BERRY (*PRO HAC VICE*)
MICHAEL BUSCHBACHER (*PRO HAC VICE*)
JARED M. KELSON (*PRO HAC VICE*)
BOYDEN GRAY & ASSOCIATES
801 17th St. NW #350
Washington, DC 20006
(202) 706-5488
mcccotter@boydengrayassociates.com

*ATTORNEY-IN-CHARGE

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I certify that on May 9, 2025, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) and served on all counsel of record.

                                    /s/    *James G. Gillingham*
                                  JAMES G. GILLINGHAM