THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| FEDS FOR MEDICAL FREEDOM, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity, *et al.*,<br><br>    Defendants. | Civil Action 3:21-cv-00356 |

## JOINT STATUS REPORT

The parties jointly file this status report in compliance with the Court's May 14, 2025 order (ECF No. 61). Counsel for the parties have conferred regarding the status of this matter and believe the Court should set a schedule for dispositive motion practice. Due to staffing issues at the Department of Justice and the United States Attorney's Office, Defendants are requesting additional time to accommodate management of litigation deadlines amid current staffing limitations. Accordingly, the parties request that the Court order them, within twenty-eight (28) days, to submit a joint proposed briefing schedule.

Dated June 9, 2025         JAY R. COMBS

                           Acting United States Attorney
                           Eastern District of Texas

/s/ *James G. Gillingham*
JAMES G. GILLINGHAM
Assistant United States Attorney
Eastern District of Texas
Acting Under Authority Conferred by 28 U.S.C. § 515
Attorney in Charge
Texas Bar #24065295
110 N. College Street; Suite 700
Tyler, Texas 75702
Telephone: (903) 510-9346
Facsimile: (903) 590-1436
James.Gillingham@usdoj.gov

*Counsel for Defendants*

/s/ *R. Trent McCotter*
R. TRENT MCCOTTER*
    So. Dist. No. 3712529
    Texas Bar No. 24134174
JONATHAN BERRY (*PRO HAC VICE*)
MICHAEL BUSCHBACHER (*PRO HAC VICE*)
JARED M. KELSON (*PRO HAC VICE*)
BOYDEN GRAY PLLC
800 Connecticut Ave. NW #900
Washington, DC 20006
(202) 706-5488
tmcccotter@boydengray.com

*ATTORNEY-IN-CHARGE

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I certify that on June 9, 2025, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) and served on all counsel of record.

                                    /s/   *James G. Gillingham*
                                    JAMES G. GILLINGHAM