United States District Court
Southern District of Texas
**ENTERED**
June 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| FEDS FOR MEDICAL FREEDOM, *et al.*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:21-cv-356 |
| | § § | |
| JOSEPH R. BIDEN, JR., *et al.*, | § § | |
| Defendants. | § § | |

## ORDER

The parties are ordered to file a joint proposed briefing schedule on or before July 9, 2025.

Signed at the City of El Paso, Texas, this 10th day of June, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE