United States District Court
Southern District of Texas
**ENTERED**
July 28, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| FEDS FOR MEDICAL FREEDOM, *et al.*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:21-cv-356 |
| | § § | |
| JOSEPH R. BIDEN, JR., *et al.*, | § § | |
| Defendants. | § § | |

# **ORDER**

The parties' joint motion for extension of time to file a proposed briefing schedule is granted. Dkt. 66. The parties are ordered to file their proposed briefing schedule on or before August 7th, 2025.

Signed on Galveston Island this 28th day of July, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE