THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| FEDS FOR MEDICAL FREEDOM, *et al.*,<br><br>　Plaintiffs,<br><br>　　v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity, *et al.*,<br><br>　Defendants. | Civil Action 3:21-cv-00356 |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action shall be dismissed with prejudice.

Dated: August 7, 2025　　　　　JAY R. COMBS

　　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　　Eastern District of Texas

　　　　　　　　　　　　　　　　 /s/ *James G. Gillingham*
　　　　　　　　　　　　　　　　JAMES G. GILLINGHAM
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　Eastern District of Texas
　　　　　　　　　　　　　　　　Acting Under Authority Conferred by
　　　　　　　　　　　　　　　　28 U.S.C. § 515
　　　　　　　　　　　　　　　　Attorney in Charge
　　　　　　　　　　　　　　　　Texas Bar #24065295
　　　　　　　　　　　　　　　　110 N. College Street; Suite 700
　　　　　　　　　　　　　　　　Tyler, Texas 75702
　　　　　　　　　　　　　　　　Telephone: (903) 510-9346
　　　　　　　　　　　　　　　　Facsimile: (903) 590-1436
　　　　　　　　　　　　　　　　James.Gillingham@usdoj.gov

　　　　　　　　　　　　　　　　*Counsel for Defendants*

/s/ *Trent McCotter*
R. TRENT MCCOTTER*
    So. Dist. No. 3712529
    Texas Bar No. 24134174
JONATHAN BERRY (*PRO HAC VICE*)
MICHAEL BUSCHBACHER (*PRO HAC VICE*)
JARED M. KELSON (*PRO HAC VICE*)
BOYDEN GRAY PLLC
800 Connecticut Ave. NW #900
Washington, DC 20006
(202) 706-5488
tmcccotter@boydengray.com

*ATTORNEY-IN-CHARGE

*Counsel for Plaintiffs*