United States District Court
Southern District of Texas
**ENTERED**
August 08, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| FEDS FOR MEDICAL FREEDOM, *et al.*, § § § | | |
| Plaintiffs, § | | |
| VS. § | CIVIL ACTION NO. 3:21-cv-356 | |
| § | | |
| JOSEPH R. BIDEN, JR., *et al.*, § § | | |
| Defendants. § | | |

## STIPULATED DISMISSAL

On August 7, 2025, the parties filed a joint stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 68.

Accordingly, it is hereby **ORDERED** that all claims asserted by any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 8th day of August, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE